**RICHARD R. HARP EXCAVATION, INC., Plaintiff–Appellant,**

v.

**SOUTHERN LUMBER, INC., Defendant–Cross Claimant–Appellee,**

**West Panola, LLC, Southern Lumber II, LLC, Defendants–Appellees,**

**Integrity Bank, Defendant–Cross Defendant–Appellee.**

No. 10–12865.

United States Court of Appeals, Eleventh Circuit.

June 16, 2011.

Charles Winfield Surasky, Jonathan Yi, Mark Benson Carter, Smith, Currie & Hancock, LLP, Atlanta, GA, for Plaintiff–Appellant.

William Russell Patterson, Jr., Ragsdale, Beals, et al., Atlanta, GA, for Defendants–Appellees.

Craig K. Pendergrast, Taylor English Duma LLP, Daniel G. Ashburn, Attorney at Law, Eric F. Barton, Seyfarth Shaw, Atlanta, GA, for Defendant–Cross Defendant–Appellee.

Before HULL and BLACK, Circuit Judges, and HUCK,* District Judge.

PER CURIAM:

After oral argument and review of the parties' briefs and the record, the Court concludes that the Plaintiff–Appellant Richard R. Harp Excavation, Inc. ("Harp") has not demonstrated reversible error (1) in the district court's order, dated March 18, 2010, granting summary judgment in favor of the Defendant Federal Deposit Insurance Corporation ("FDIC") (as Integrity Bank's Receiver) on the Plaintiff–Appellant Harp's lien priority claim against FDIC/Integrity or (2) in the district court's order dated May 20, 2010 denying Plaintiff–Appellant Harp's motion for reconsideration.[1]

**AFFIRMED.**

---

* Honorable Paul C. Huck, United States District Judge for the Southern District of Florida, sitting by designation.

1. The Court grants the Plaintiff–Appellant Harp's Motion to Take Judicial Notice.